United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD BRUCE THARPE, | § | |
| PLAINTIFF | § | |
| | § | |
| | § | **B-04-103** |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| ZC STERLING INSURANCE AGENCY, | § | |
| INC., | § | |
| DEFENDANT | § | |

## DEFENDANT ZC STERLING INSURANCE AGENCY, INC.'S
## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Defendant, ZC Sterling Insurance Agency, Inc. ("Sterling") by and through its counsel, Roland Leon, pursuant to *28 U.S.C. § 1441 and 28 U.S.C. § 1446*, hereby removes Cause number 2004-CCL-00601-A, captioned, *Richard Bruce Tharpe vs. ZC Sterling Insurance Agency, Inc.*, from the County Court at Law No. 1, Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division. As grounds thereof, the Defendant Sterling states:

I.

1.    The citation and petition in this action were served on May 25, 2004, on Sterling. *(Exhibit 2, Confirmation of Service of Process)*. . This notice of removal is filed within 30 days of receipt of the petition and is timely filed under *28 U.S.C. § 1446(b)*.   Any civil action of which the district

courts of the United States have original jurisdiction may be removed from state court to federal court. *28 U.S.C. § 1441(a)*. The district courts of the United States have original jurisdiction of all actions between citizens of a state and citizens or subjects of a foreign state. *28 U.S.C. § 1332(a)(2)*.

2.      The present action is between a Texas citizen and citizen of foreign states. The Defendant is not a citizen of Texas, in that:

   a.      Defendant Sterling is a California corporation with its principal place of business at 9800 Muirlands Blvd., Irvine, California 9268. *(Exhibit 1, Affidavit of Novak)*;

III.

3.      It is facially apparent from the petition that the amount in controversy in this action exceeds $75,000 exclusive of interest and costs. See *28 U.S.C.A. § 1332; Allen v. R & H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir.1995).

   a.      The Plaintiff's Original Petition does not state an amount in controversy other than the assertion that the Plaintiff seeks damages "in an amount in excess of the jurisdictional limits of this court." (Exhibit 3, Plaintiff's Original Petition); *See Texas Rules of Civil Procedure Rule 47 (B)*. Where plaintiff fails to specify the amount in controversy, the court may determine that the removal to federal court is proper if it is facially apparent that the claims are likely above $75,000. *28 U.S.C.A. § 1332; Allen v. R & H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir.1995); *Luckett v. Delta Airlines, Inc. 171 F.3rd 295 (5th Cir. 1999)* (the court finding that it was facially apparent that the claims were likely above $75,000 when the plaintiff as a passenger of Delta Airlines sought unspecified damages for property, travel

expenses, an emergency ambulance trip, a six day stay in the hospital, pain and suffering, humiliation, and her temporary inability to do housework after the hospitalization).

b.    This is an action for breach of contract, violation of the duty of good faith and fair dealings, unconscionability, violation of the *Texas Deceptive Trade Practices*, and violation of the *Texas Insurance Code*. (Exhibit 3, Plaintiff's Original Petition). Moreover, Plaintiff seeks statutory penalties, multiple damages, and attorney's fees. (Exhibit 3, Plaintiff's Original Petition).

c.    Plaintiff alleges that he discovered water damage and resulting damage to his home and property.  As a result, Plaintiff alleges that his home and property sustained structural damage.  The alleged damage in the areas of the home include the cost of destruction and restoration of the home necessary to access, remediate, repair and restore the house, (Exhibit 3, Plaintiff's Original Petition).

d.    Defendant Sterling is the Program Manager for Empire.  Empire provided insurance for the dwelling in question subject to the terms, conditions, exclusions and limitations of the policy.  The limit of coverage is $159,000 for the policy period of November 6, 2002 to November 6, 2003  (Exhibit 1, Affidavit of James Novak).

e.    Defendant intends to argue that the alleged claims are not covered loses under the Insurance Policy due to exclusions and limitations within the policy.  Defendant further intends to argue that the Petition was filed more than 12 months after the loss and therefore, Plaintiff is contractually barred form pursuing this action.  If these

exclusions and limitations apply, the amount recovered may not exceed $75,000. However, the amount in controversy is determined from the Plaintiff's point of view and assumes the success of all claims and the failure of all defenses. *Goss v. San Jacinto Junior College, 588 F.2d 96* (5th Cir. 1979); *Le Blanc v. Colonial Pipeline Company, 49 F. Supp.2d 922* (E.D.TEX. 1999). Accordingly, under Texas law, the plaintiff could recover an amount exceeding $75,000.

4.     This Notice of Removal is filed by Defendant Sterling. No other Defendants are parties. (Exhibit 3, Plaintiff's Original Petition).

5.     Pursuant to *28 U.S.C. § 1446(d)*, a copy of this Notice of Removal has been filed with the County Clerk for the County Court at Law No. 1 - Cameron County, Texas, in Cause Number 2004-CCL-00601-A, Richard Bruce Tharpe vs. ZC Sterling Insurance Agency, Also pursuant to *28 U.S.C. § 1446(d)*, a copy of this Notice of Removal has been mailed to Richard Bruce Tharpe, Pro Se, LAW OFFICE OF R. BRUCE THARPE, 2390 Central Blvd., Suite 0, Brownsville, Texas 78520, attorney of record for the plaintiff, at the address shown on the attached certificate of mailing.

6.     Trial of this matter has not been set and Defendant demands a trial by jury.

WHEREFORE, pursuant to this Notice of Removal and *28 U.S.C. § 1441*, Defendant Sterling respectfully requests that this Court assume jurisdiction of this case for all purposes.

Dated this 23rd day of June, 2004.

Respectfully submitted,

Roland Leon
State Bar No.
Federal I.D. No.
Attorney-in-Charge for Defendants
ZC Sterling Insurance Agency
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

**OF COUNSEL:**
**BARKER, LEON, FANCHER & MATTHYS,**
**L.L.P.**

## CERTIFICATE OF SERVICE

I certify that on June 23, 2004, a complete and correct copy of **Defendant STERLING'S NOTICE OF REMOVAL** was served on each party by delivery to the following attorney of record in the manner indicated below:

**VIA CERTIFIED MAIL, RRR**
R. Bruce Tharpe, Pro Se
**LAW OFFICE OF R. BRUCE THARPE**
2390 Central Blvd., Suite 0
Brownsville, Texas 78520

Roland Leon

## CAUSE NO. 2004-CCL-00601-A

| | | |
|---|---|---|
| **RICHARD BRUCE THARPE,** | § | |
| Plaintiff | § | |
| | § | United States District Court |
| **VS.** | § | Southern District of TX |
| | § | JUN 2 3 2004 |
| **ZC STERLING INSURANCE AGENCY,** | § | Michael N. Milby |
| **INC.,** | § | Clerk of Court |
| Defendant | § | **CAMERON COUNTY, T E X A S** |

### AFFIDAVIT OF JAMES P. NOVAK

| | |
|---|---|
| **COUNTY OF COBB** | § |
| | § |
| **STATE OF GEORGIA** | § |

**BEFORE ME,** the undersigned authority, personally appeared James P. Novak, who, being by me duly sworn, deposed and said:

1.          My name is James P. Novak.  I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2.          I am a Senior Vice President of ZC Sterling Insurance Agency, Inc., and by virtue of my position within the company as well as length of employment with the company, I have personal knowledge of the following facts:

   a)     ZC Sterling Insurance Agency, Inc. is a Program Manager for Empire Indemnity Insurance Company.

   b)     Empire Indemnity Insurance Company provided property insurance to a dwelling at 4732 Beaver Pond Dr., Brownsville, Cameron County, Texas 78520-9224 with limits of $159,000.00 for the policy period of November 6, 2002 to November 6, 2003.

*Affidavit of James P. Novak*
*Tharpe vs. ZC Sterling Insurance Agency, Inc.*
*Page1*



EXHIBIT

c)              ZC Sterling Insurance Agency, Inc. is the custodian of the records attached to this affidavit, to wit, Empire Indemnity Insurance Company Policy No. RFR764830-1 (hereinafter referred to as the Insurance Policy).

d)              The Insurance Policy attached to this affidavit, is kept in the regular course of ZC Sterling Insurance Agency, Inc.'s business. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to keep these records or to transmit information thereof to be included in such records. The records were made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The attached records are true and correct and duplicates of the originals.

e)              Empire Indemnity Insurance Company is an Oklahoma Corporation, with its principal place of business in Omaha, Nebraska.

f)              ZC Sterling Insurance Agency, Inc. is a California Corporation with its principal place of business in Irvine, California.

Further Affiant sayeth naught.

James P. Novak

Sworn to and subscribed to before me on this the 22nd day of June, 2004.

_Wendolyn M Bailey_
NOTARY PUBLIC

_Wendolyn M. Bailey_
Printed Name:
My Commission Expires: _January 28, 2006_

Notary Public, Henry County, Georgia
My Commission Expires Jan. 28, 2006

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

CAUSE NO. 2004-CCL-00601-A

| | | |
|---|---|---|
| RICHARD BRUCE THARPE, | § | IN THE COUNTY COURT |
| **Plaintiff** | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| ZC STERLING INSURANCE AGENCY | § | |
| INC., | § | |
| **Defendant** | § | CAMERON COUNTY, T E X A S |

## DEFENDANT ZC STERLING INSURANCE AGENCY, INC.'S
## LIST OF ALL PARTIES

1.    Plaintiff - R. Bruce Tharpe

2.    Defendant - ZC Sterling Insurance Agency, Inc. ("Sterling")

3.    Case is presently pending in the County Court At Law No. 1, Cameron County, Texas, Cause

No.  2004-CCL-00601-A

Respectfully submitted,

**BARKER, LEON, FANCHER
& MATTHYS, L.L.P.**
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

Roland L. Leon
State Bar No. 12207400
Attorneys for Defendant
**ZC STERLING INSURANCE AGENCY, INC.**

List of All Parties - Page 1

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

CAUSE NO. 2004-CCL-00601-A

| | | |
|---|---|---|
| RICHARD BRUCE THARPE, | § | IN THE COUNTY COURT |
| **Plaintiff** | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| ZC STERLING INSURANCE AGENCY | § | |
| INC., | § | |
| **Defendant** | § | CAMERON COUNTY, T E X A S |

## COUNSEL OF RECORD

1.  <u>Attorney in Charge for Plaintiff:</u>

    R. Bruce Tharpe, Pro Se
    **LAW OFFICE OF R. BRUCE THARPE**
    2390 Central Blvd., Suite 0
    Brownsville, Texas 78520
    Telephone: 956-546-2400
    Facsimile: 956-546-4362

2.  <u>Attorney in Charge for Defendants:</u>

    Roland L. Leon
    State Bar No.: 12207400
    Federal ID: 5683
    **BARKER, LEON, FANCHER**
    **& MATTHYS, L.L.P.**
    Tower II - Suite 1200
    555 N. Carancahua St.
    Corpus Christi, Texas 78478
    Telephone: (361) 881-9217
    Facsimile: (361) 882-9437

                        Respectfully submitted,

**BARKER, LEON, FANCHER**
**& MATTHYS, L.L.P.**
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

Roland L. Leon
State Bar No. 12207400
Attorneys for Defendant
**ZC STERLING INSURANCE AGENCY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure on this the _22nd_ day of

_JUNE_, 2004, to all counsel of record as follows:

**R. BRUCE THARPE**
**LAW OFFICE OF R. BRUCE THARPE**
2390 Central Blvd., Suite 0
Brownsville, Texas 78520
Telephone: 956-546-2400
Facsimile: 956-546-4362

Roland L. Leon

Counsel of Record - Page 2

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD BRUCE THARPE, | § | |
| PLAINTIFF | § | |
| | § | |
| | § | **B-04-103** |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| ZC STERLING INSURANCE AGENCY, | § | |
| INC., | § | |
| DEFENDANT | § | |

**DEFENDANT ZC STERLING INSURANCE AGENCY, INC.'S  INDEX OF DOCUMENTS BEING FILED WITH THE UNITED STATES DISTRICT COURT**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:**

In connection with the removal of the above numbered cause from the County Court at Law No. 1, Cameron County, Texas, Defendant ZC Sterling Insurance Agency, Inc. has filed in connection with the removal of this action all executed process, all pleadings asserting causes of action and all answers to those causes of action, all orders signed by the state judge, an index of matters being filed, and a list of all counsel of record.

The specific matters filed are:

1.      List of All Parties;

2.      Civil Cover Sheet JS 44

3.      List of Counsel of Record;

4.      Copy of the Court's Docket Sheet;

Index of Documents Being Filed with State Court- Page 1

5.    Copy of Plaintiffs' Original Petition (Complaint);

6.    Original Answer of Defendant; and

7.    Copy of Executed Process on Defendant ZC Sterling Insurance Agency, Inc.

Respectfully submitted,

**BARKER, LEON, FANCHER**
**& MATTHYS, L.L.P.**
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

Roland L. Leon
State Bar No. 12207400
Attorneys for Defendant
**ZC STERLING INSURANCE AGENCY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Texas Rules of Civil Procedure on this the 23rd day of June

2004, to all counsel of record as follows:

R. Bruce Tharpe, Pro Se
**LAW OFFICE OF R. BRUCE THARPE**
2390 Central Blvd., Suite 0
Brownsville, Texas 78520

Roland L. Leon

Index of Documents Being Filed with State Court- Page 2

**EXHIBIT**
**2**

Citation for Personal Service  - BY CERTIFIED MAIL  Lit. Seq. # 5.002.01

COPY

No. 2004-CCL-00601-A

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: ZC STERLING INSURANCE AGENCY, INC.

P.O. BOX 1599
LAKE FOREST, CA 92630-1599

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by R. BRUCE THARPE          (Attorney for Plaintiff or Plaintiff), whose address is 2390 CENTRAL BLVD. BROWNSVILLE TEXAS  78520 on the 21st day of   MAY   , A.D. 2004, in this case numbered 2004-CCL-00601-A on the docket of said court, and styled,

RICHARD BRUCE THARPE
vs.
ZC STERLING INSURANCE AGENCY INC.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL PETITION

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 21st day of   MAY   , A.D. 2004.

JOE G. RIVERA       , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178



CAUSE NO. 04-CCL-601-A

| | | |
|---|---|---|
| RICHARD BRUCE THARPE | ) | IN THE COUNTY COURT |
| | ) | |
| VS. | ) | AT LAW NO. _____ OF |
| | ) | |
| ZC STERLING INSURANCE | ) | CAMERON COUNTY, TEXAS |
| AGENCY, INC. | ) | |

**FILED FOR RECORD**
AT _____ O'CLOCK ____ M
MAY 2 1 2004
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD BRUCE THARPE, hereinafter referred to as the

Plaintiff in the above-styled and numbered cause and complains of ZC STERLING

INSURANCE AGENCY, INC. hereinafter referred to as the Defendant, and for cause of

action would show this Honorable Court as follows:

### I.
### Level Designation

1.01    Plaintiff hereby files this Petition as a Level 2 Case.

### II.
### Parties

2.01    Plaintiff RICHARD BRUCE THARPE is a resident of Cameron County,

Texas.

2.02    Defendant ZC STERLING INSURANCE AGENCY, INC. is an

individual doing business in the State of Texas and may be served with process at P.O.

Box 1599, Lake Forest, CA 92630-1599.  Request is hereby made that Defendant be

served by the Cameron County Clerk's Office by Registered, Certified Mail.



**EXHIBIT**
3

III.
Venue

Venue is proper in Cameron County, Texas because the Plaintiff is a resident of Cameron County, Texas and because all of the events giving rise to this lawsuit occurred in Cameron County, Texas. Further, venue is proper in Cameron County, Texas pursuant to applicable provisions of the Texas Insurance Code.

IV.

4.01    Plaintiff brings this cause of action to recover actual damages for bad faith, failure to settle, and Deceptive Trade Practices arising out of Defendant's intentional wrongful conduct in violation of the Texas Insurance Code.

4.02    On or about April 8, 2003 Plaintiff's home located at 4732 Beaver Pond suffered extensive damage due to a hail storm. Said damage includes, but is not limited to, damages to the roof and structure of the home, the fence surrounding said property, uninsured personal vehicle(s) damaged as a result of said hailstorm, the garage door of the residence, the chimney of the residence, etc. Plaintiff reported the damage to Defendant within a reasonable period of time. Defendant sent appraisers to the residence who wrongfully and intentionally undervalued the damage in comparison to damages recovered by other homeowners suffering similar damage in the neighborhood. Plaintiff believes that Defendant intentionally sent appraisers to wrongfully undervalue the extent of Plaintiff's damages.

4.03    Further, Defendant has refused to offer the reasonable value of the cost of repairs to said damage, in violation of the policy of insurance existing on the residence,

and in violation of applicable provisions of the Texas Insurance Code. Defendant's

actions constitute bad faith failure to settle, and Deceptive Trade Practices and Plaintiff

seeks treble damages accordingly, which are in excess of the minimum jurisdictional

limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the

Defendant be cited to appear and answer, for a jury trial, and that on final hearing, have

judgment against Defendant in an amount in excess of the minimum jurisdictional limits

of the Court, treble damages for Defendant's wrongful and intentional conduct which

rises to the level of bad faith, treble damages for Defendant's intentional violations of the

Texas Deceptive Trade Practices Act, together with pre-judgment and post-judgment

interest at the lawful rate, costs of court, attorney's fees, and for such other and further

relief to which the Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

R. Bruce Tharpe

R. BRUCE THARPE, PRO SE
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 -- Fax





**IMPORTANT**
This Envelope Contains Papers From The Office Of The County Clerk That Are Of Great Value To The Addressee. Please See That It Gets To The Proper Person. Our Desire Is To Serve You!

AFTER FIVE DAYS RETURN TO

**JOE G. RIVERA**
262   COUNTY CLERK, CAMERON COUNTY
P. O. BOX 2178
BROWNSVILLE, TEXAS 78522-2178

**CLAIMS DEPT.**

**MAY 2 6 2004**





ZC STERLING INSURANCE AGENCY, INC.
P.O. BOX 1599
LAKE FOREST, CA 92630-1599

**RETURN RECEIPT REQUESTED**

CERTIFIED MAIL

7003 1010 0003 6919 3443   92603+9599 14

CAUSE NO. 04-CCL-601-A

| | | |
|---|---|---|
| RICHARD BRUCE THARPE | ) | IN THE COURT **FILED FOR RECORD** |
| | ) | AT _____ O'CLOCK ___ M |
| VS. | ) | AT LAW NO. _____ OF |
| | ) | MAY 2 1 2004 |
| ZC STERLING INSURANCE | ) | CAMERON COUNTY, TEXAS |
| AGENCY, INC. | ) | JOE G. RIVERA |
| | | CAMERON COUNTY CLERK |
| | | By_____ Deputy |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD BRUCE THARPE, hereinafter referred to as the

Plaintiff in the above-styled and numbered cause and complains of ZC STERLING

INSURANCE AGENCY, INC. hereinafter referred to as the Defendant, and for cause of

action would show this Honorable Court as follows:

### I.
### Level Designation

1.01    Plaintiff hereby files this Petition as a Level 2 Case.

### II.
### Parties

2.01    Plaintiff RICHARD BRUCE THARPE is a resident of Cameron County,

Texas.

2.02    Defendant ZC STERLING INSURANCE AGENCY, INC. is an

individual doing business in the State of Texas and may be served with process at P.O.

Box 1599, Lake Forest, CA 92630-1599.  Request is hereby made that Defendant be

served by the Cameron County Clerk's Office by Registered, Certified Mail.

**EXHIBIT**

3

III.
<u>Venue</u>

Venue is proper in Cameron County, Texas because the Plaintiff is a resident of Cameron County, Texas and because all of the events giving rise to this lawsuit occurred in Cameron County, Texas. Further, venue is proper in Cameron County, Texas pursuant to applicable provisions of the Texas Insurance Code.

IV.

4.01    Plaintiff brings this cause of action to recover actual damages for bad faith, failure to settle, and Deceptive Trade Practices arising out of Defendant's intentional wrongful conduct in violation of the Texas Insurance Code.

4.02    On or about April 8, 2003 Plaintiff's home located at 4732 Beaver Pond suffered extensive damage due to a hail storm. Said damage includes, but is not limited to, damages to the roof and structure of the home, the fence surrounding said property, uninsured personal vehicle(s) damaged as a result of said hailstorm, the garage door of the residence, the chimney of the residence, etc. Plaintiff reported the damage to Defendant within a reasonable period of time. Defendant sent appraisers to the residence who wrongfully and intentionally undervalued the damage in comparison to damages recovered by other homeowners suffering similar damage in the neighborhood. Plaintiff believes that Defendant intentionally sent appraisers to wrongfully undervalue the extent of Plaintiff's damages.

4.03    Further, Defendant has refused to offer the reasonable value of the cost of repairs to said damage, in violation of the policy of insurance existing on the residence,

and in violation of applicable provisions of the Texas Insurance Code. Defendant's actions constitute bad faith failure to settle, and Deceptive Trade Practices and Plaintiff seeks treble damages accordingly, which are in excess of the minimum jurisdictional limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Defendant be cited to appear and answer, for a jury trial, and that on final hearing, have judgment against Defendant in an amount in excess of the minimum jurisdictional limits of the Court, treble damages for Defendant's wrongful and intentional conduct which rises to the level of bad faith, treble damages for Defendant's intentional violations of the Texas Deceptive Trade Practices Act, together with pre-judgment and post-judgment interest at the lawful rate, costs of court, attorney's fees, and for such other and further relief to which the Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

R. Bruce Tharpe

R. BRUCE THARPE, PRO SE
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 -- Fax

$0.18.15$

U.S. POSTAGE

MAY 2 4 04

BROWNSVILLE TX

NOTICE

FIRST
FINAL
NOTICE

MAY 2 5 2004

ZC STERLING INSURANCE AGENCY, INC.
P.O. BOX 1599
LAKE FOREST, CA 92630-1599

**RETURN RECEIPT REQUESTED**

92603+9599  14

IMPORTANT
This Envelope Contains Papers From The Office Of The
County Clerk That Are Of Great Value To The Addressee
Please See That It Gets To The Proper Person.
Our Desire Is To Serve You!

AFTER FIVE DAYS RETURN TO

262    JOE G. RIVERA
COUNTY CLERK, CAMERON COUNTY
P. O. Box 2178
BROWNSVILLE, TEXAS 78522-2178

CLAIMS DEPT.

MAY 2 6 2004

THE COUNTY OF CAMERON
BROWNSVILLE, TEXAS

CERTIFIED MAIL™

7003 1010 0003 6919 3443

PAGE: 01

2004-CCL-00601-A

05          21          04

* * * * C L E R K ' S   E N T R I E S * * * *

(00527201) R. BRUCE THARPE

(00519302) ROLAND L. LEAN

(02)

SUIT ON DAMAGES

| 05/21/04 | ORIGINAL PETITION FILED |
| 05/21/04 | CITATION (CM): ZC STERLING INSURANCE AGENCY, INC. |
| | SERVED: |
| 05/21/04 | CITATION BY CERTIFIED MAIL REQUESTED |
| 05/21/04 | BY R. BRUCE THARPE          -GG |
| 06/23/04 | ORIGINAL ANSWER: ZC STERLING INSURANCE AGENCY, INC. |
| 06/23/04 | DEFENDANT ZC STERLING INSURANCE AGENCY,INC'S NOTICE TO STATE |
| 06/23/04 | COURT OF REMOVAL TO FEDERAL COURT MC |

E THARPE

NCE AGENCY INC.

State of Texas
County of Cameron
I, Joe G. Rivera, County Clerk of Cameron County,
Texas, do hereby certify that the foregoing is a true and
correct copy of the original now on file and/or recorded
by me in the _____
Records _____
By _____ Date
JOE G. RIVERA, County Clerk     Deputy

CERTIFIED COPY
G. Rivera, County Clerk
ameron County, Texas
ge ____ of