*United States District Court*
*Southern District of Texas*
*FILED*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISIN

JUL 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **RICHARD BRUCE THARPE** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-103 |
| | § | |
| **ZC STERLING INSURANCE AGENCY** | § | |

### DEFENDANTS ZC STERLING INSURANCE AGENCY, INC. CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION:

**COME NOW** ZC Sterling Insurance Agency, Inc., **Defendant** in the above-styled and numbered cause, and pursuant to the Court's Order for Disclosure of Interested Parties, respectfully shows the Court as follows:

### I.

### PLAINTIFF

**Plaintiff R. Bruce Tharpe** is represented Pro Se, **LAW OFFICE OF R. BRUCE THARPE**, 2390 Central Blvd., Suite 0, Brownsville, Texas 78520; Telephone: 956-546-2400; Facsimile: 956-546-4362

### II.

### DEFENDANTS AND COUNSEL

Defendants ZC Sterling Insurance Agency, Inc., and Empire Indemnity Insurance Company, are represented by **Roland L. Leon, Federal ID # 5683; State Bar No.12207400,**

BARKER, LEON, FANCHER & MATTHYS, L.L.P., 555 N. Carancahua, Suite 1200, Corpus Christi, Texas 78478 Phone (361) 881-9217; Fax (361) 882-9437.

Respectfully submitted,

BARKER, LEON, FANCHER
& MATTHYS, L.L.P.
Tower II - Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
Telephone: (361) 881-9217
Facsimile: (361) 882-9437

Roland L. Leon
State Bar No. 12207400
Fed. I.D. No.: 5683
**Attorneys for Defendant**
**ZC Sterling Insurance Agency, Inc., and**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this the _____ day of _July_____, 2004, to all counsel of record as follows:

**R. BRUCE THARPE**
**LAW OFFICE OF R. BRUCE THARPE**
2390 Central Blvd., Suite 0
Brownsville, Texas 78520
Telephone: 956-546-2400
Facsimile: 956-546-4362

Roland L. Leon