UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RICHARD BRUCE THARPE ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. B-04-103 |
| ) | |
| ZC STERLING INSURANCE AGENCY ) | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, R. BRUCE THARPE, hereinafter referred to as the Plaintiff in the above-styled and numbered cause and respectfully files the following Certificate of Interested Parties.

I.
Plaintiff

Plaintiff R. BRUCE THARPE is represented Pro Se, Federal Bar ID No. 13098; Texas State Bar ID No. 19823800, of THE LAW OFFICE OF R. BRUCE THARPE, 2390 Central Blvd., Suite O, Brownsville, Texas 78520; Telephone: (956) 546-2400; Facsimile: (956) 546-4362.

II.
Defendants and Counsel

Defendants ZC STERLING INURANCE AGENCY, INC. and EMPIRE INDEMNITY INSURANCE COMPANY are represented by Roland L. Leon, Federal ID# 5683; State Bar ID No. 12207400, of BARKER, LEON, FANCHER & MATTHYS, L.L.P., Tower II – Suite 1200, 555 N. Carancua Street, Corpus Christi, Texas 78478.

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 – Fax

BY: _____
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID No. 13098
PRO SE PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties has been forwarded to counsel for the State of Texas by hand-delivery and/or facsimile transmission and/or by depositing same in the United States mail, postage pre-paid on this 20th day of July, 2004 addressed as follows:

Mr. Roland L. Leon
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II – Suite 1200
555 N. Carancahua Street
Corpus Christi, Texas 78478

_____
R. Bruce Tharpe