IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RICHARD BRUCE THARPE | ) |
| | ) |
| VS. | ) |
| | ) CIVIL ACTION NO.: B-04-103 |
| ZC STERLING INSURANCE | ) |
| AGENCY, INC. and JACK TAYLOR, | ) |
| Individually | ) |

## PLAINTIFF'S FIRST-AMENDED CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD BRUCE THARPE, hereinafter referred to as the Plaintiff in the above-styled and numbered cause and complains of ZC STERLING INSURANCE AGENCY, INC. and JACK TAYLOR, Individually, hereinafter referred to as Defendants, and for cause of action, and without waiving his right to pursue a Motion For Remand, and respectfully presents unto this Honorable Court the following First-Amended Certificate of Interested Parties.

I.
Plaintiff

Plaintiff R. BRUCE THARPE is represented Pro Se, Federal Bar ID No. 13098; Texas Bar ID No. 19823800, of THE LAW OFFICE OF R. BRUCE THARPE, 2390 Central Blvd., Suite O, Brownsville, Texas 78520; Telephone: (956) 546-2400; Facsimile (956) 546-4362.

II.
Defendants and Counsel

2.01 Plaintiff RICHARD BRUCE THARPE is a resident of Cameron County, Texas.

2.02 Defendants ZC STERLING INSURANCE AGENCY, INC. and EMPIRE INDEMNITY INSURANCE COMPANY are represented by Roland l. Leon, federal Bar ID No.12207400, of BARKER, LEON, FANCHER & MATTHYS, L.L.P., Tower II – Suite 1200, 555 N. Carancua Street, Corpus Christi, Texas 78478.

2.03 Defendant JACK TAYLOR is a Texas resident who is doing business in the State of Texas. This Defendant has not been served and substitute service of process has been requested.

Respectfully submitted,

_R. Bruce Tharpe_
R. BRUCE THARPE, PRO SE
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 -- Fax

Certificate of Service

I hereby certify that a copy of the foregoing motion has been served on counsel for the Defendants by hand-delivery and/or facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid on this 11th day of August, 2004 at the following address:

Mr. Roland L. Leon
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II – Suite 120
555 N. Carancahua Street
Corpus Christi, Texas 78478

_R. Bruce Tharpe_
R. Bruce Tharpe