IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RICHARD BRUCE THARPE | ) |
| | ) |
| VS. | ) |
| | ) CIVIL ACTION NO.: B-04-103 |
| ZC STERLING INSURANCE | ) |
| AGENCY, INC. and JACK TAYLOR, | ) |
| Individually | ) |

## PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD BRUCE THARPE, hereinafter referred to as the Plaintiff in the above-styled and numbered cause and, without waiving his right to file a Motion For Remand, files the following Motion For Substitute Service, and in support hereof would present unto this Honorable Court as follows:

I.

1.01   Simultaneously with the filing of this motion, Plaintiff filed a First-Amended Original Complaint attached hereto, identified as Exhibit "A" and incorporated by reference as if fully set forth at length herein. In Plaintiff's First-Amended Original Complaint, a Texas resident identified as JACK TAYLOR was named as a co-Defendant.

1.02   In discovery responses filed by Defendant ZC STERLING INSURANCE AGENCY, INC. it was discovered that Defendant JACK TAYOR was employed as an insurance adjuster / appraiser by the Texas office Claim Adjustment Specialists, Inc.

Calls to this company attempting to locate Defendant JACK TAYLOR revealed that Defendant TAYLOR was no longer employed by this company, and Plaintiff was refused a forwarding address.

1.03   When Plaintiff met Defendant JACK TAYLOR at the time said Defendant inspected Plaintiff's premises, said Defendant told Plaintiff that he was from Dallas. Please see affidavit of Plaintiff attached hereto identified as Exhibit "A" and incorporated by reference as if fully set forth at length herein. It is this admission that Plaintiff relies upon in stating to the Court that co-Defendant JACK TAYLOR is a Texas a resident.

1.04   Plaintiff has no other means of determining an address for service upon the Defendant. Additionally, once Defendant JACK TAYLOR is served, it is probable that the defense of Defendant JACK TAYLOR would be assumed by Defendant ZC STERLING INSURANCE AGENCY, INC. and/or advised of his service by publication by Defendant ZC STERLING INSURANCE AGENCY, INC.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that this Court allow Defendant JACK TAYLOR to be served by publication, and for such other and further relief to which the Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

_R. Bruce Tharpe_
R. BRUCE THARPE, PRO SE
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 – Fax

## Certificate of Service

  I hereby certify that a copy of the foregoing motion has been served on counsel for the Defendants by hand-delivery and/or facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid on this \_11th\_ day of August, 2004 at the following address:

Mr. Roland L. Leon
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II – Suite 120
555 N. Carancahua Street
Corpus Christi, Texas 78478

                 _R. Bruce Tharpe_
                 R. Bruce Tharpe

## Certificate of Conference

  I hereby certify that the undersigned has been unable to confer with defense counsel regarding the filing of this motion therefore it is presented as opposed.

                 _R. Bruce Tharpe_
                 R. Bruce Tharpe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RICHARD BRUCE THARPE ) | |
| ) | |
| VS. ) | |
| ) | CIVIL ACTION NO.: B-04-103 |
| ZC STERLING INSURANCE ) | |
| AGENCY, INC. and JACK TAYLOR, ) | |
| Individually ) | |

## SWORN AFFIDAVIT

BEFORE ME, personally appeared R. BRUCE THARPE, known by me to be the person whose name has been subscribed to below, who, being duly sworn by me upon his oath, deposed and stated as follows:

"My name is R. BRUCE THARPE and I am the Plaintiff in the above-styled and numbered cause of action. I am above the age of twenty-one (21) years of age and am competent in all respects to execute this Sworn Affidavit.

I met personally with JACK TAYLOR when he came to my house to inspect it for hail damage. During the time that he was at my house, JACK TAYLOR told me that he was from Dallas, Texas. Further Affiant sayeth Not."

_____
R. BRUCE THARPE, AFFIANT

SWORN AND SUBSCRIBED to before me, the undersigned Notary Public on this 11th day of August, 2004 to certify which witness my hand and official seal.

_____
Notary Public in and for the
State of Texas



REBECA DAVILA
NOTARY PUBLIC
CAMERON COUNTY, TEXAS
MY COMMISSION EXPIRES AUGUST 21, 2007