IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RICHARD BRUCE THARPE | ) |
| | ) |
| VS. | ) |
| | ) CIVIL ACTION NO.: B-04-103 |
| ZC STERLING INSURANCE | ) |
| AGENCY, INC. and JACK TAYLOR, | ) |
| Individually | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST-AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD BRUCE THARPE, hereinafter referred to as the Plaintiff in the above-styled and numbered cause and respectfully requests leave of Court to file Plaintiff's First-Amended Original Complaint, in order a to name an additional Defendant. Said complaint has been attached hereto identified as Exhibit "A" and incorporated by reference as if fully set forth at length herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court grant leave of Court to file Plaintiff's First-Amended Original Complaint, and for such other and further relief to which Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

_R. Bruce Tharpe_
R. BRUCE THARPE, PRO SE
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE

2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 -- Fax

Certificate of Service

I hereby certify that a copy of the foregoing motion has been served on counsel for the Defendants by hand-delivery and/or facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid on this 11th day of August, 2004 at the following address:

Mr. Roland L. Leon
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II – Suite 120
555 N. Carancahua Street
Corpus Christi, Texas 78478

_____
R. Bruce Tharpe

Certificate of Conference

I hereby certify that the undersigned has been unable to confer with defense counsel regarding the filing of this motion therefore it is presented as opposed.

_____
R. Bruce Tharpe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD BRUCE THARPE | ) | |
| | ) | |
| VS. | ) | |
| | ) | CIVIL ACTION NO.: B-04-103 |
| ZC STERLING INSURANCE | ) | |
| AGENCY, INC. and JACK TAYLOR, | ) | |
| Individually | ) | |

## PLAINTIFF'S FIRST-AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD BRUCE THARPE, hereinafter referred to as the Plaintiff in the above-styled and numbered cause and complains of ZC STERLING INSURANCE AGENCY, INC. and JACK TAYLOR, Individually, hereinafter referred to as Defendants, and for cause of action, and without waiving his right to pursue a Motion For Remand, presents unto this Honorable Court as follows:

I.
Level Designation

1.01  Plaintiff hereby files this Petition as a Level 2 Case.

II.
Parties

2.01  Plaintiff RICHARD BRUCE THARPE is a resident of Cameron County, Texas.

EXHIBIT "A"

2.02  Defendant ZC STERLING INSURANCE AGENCY, INC. is an individual doing business in the State of Texas, has been served with process and has entered its appearance herein.

2.03  Defendant JACK TAYLOR is a Texas resident and is an individual doing business in the State of Texas, however his address for personal for service of citation is unknown, therefore it is requested that this Defendant be served with substitute service of citation by publication. A Motion for Substitute Service is filed simultaneously with this amended complaint.

### III.
### Venue

Venue is proper in Cameron County, Texas because the Plaintiff is a resident of Cameron County, Texas and because all of the events giving rise to this lawsuit occurred in Cameron County, Texas. Further, venue is proper in Cameron County, Texas pursuant to applicable provisions of the Texas Insurance Code.

### IV.

4.01  Plaintiff brings this cause of action to recover actual damages, and for bad faith, failure to settle, and Deceptive Trade Practices arising out of Defendants' intentional wrongful conduct in violation of the Texas Insurance Code.

4.02  On or about April 8, 2003 Plaintiff's home located at 4732 Beaver Pond suffered extensive damage due to a hail storm. Said damage includes, but is not limited to, damages to the roof and structure of the home, the fence surrounding said property, uninsured personal vehicle(s) damaged as a result of said hailstorm, the garage door of

the residence, the chimney of the residence and appurtenances thereto, etc. Plaintiff reported the damage to Defendant within a reasonable period of time. Defendant sent appraisers to the residence who wrongfully and intentionally undervalued the damage in comparison to damages recovered by other homeowners suffering similar damage in the neighborhood, to Plaintiff's detriment and ultimate damage.

## V.
### Negligent and Wrongful Conduct of Defendant ZC STERLING INSURANCE AGENCY, INC.

5.01   Plaintiff believes that Defendant ZC STERLING INSURANCE AGENCY, INC. intentionally sent appraisers to wrongfully undervalue the extent of Plaintiff's damages, to Plaintiff's detriment and ultimate damage.

5.02   Further, Defendant ZC STERLING INSURANCE AGENCY, INC. has refused to offer the reasonable value of the cost of repairs to said damage, in violation of the policy of insurance existing on the residence, and in violation of applicable provisions of the Texas Insurance Code, to Plaintiff's detriment and ultimate damage.

## VI.
### Negligent Conduct by Defendant JACK TAYLOR

6.01   Plaintiff believes that Defendant JACK TAYLOR intentionally and wrongfully undervalued the extent of Plaintiff's damages, to Plaintiff's detriment and ultimate damage.

## VII.
### Damages

7.01   Defendant's actions constitute bad faith failure to settle, and Deceptive Trade Practices.

7.02   Plaintiff seeks attorney's fees, costs of court, pre-judgment and post-judgment interest at the lawful rate, and treble damages.

7.03   Plaintiff stipulates to a jurisdictional amount in controversy of less than $75,000.00, exclusive of interest and costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Defendants be cited to appear and answer, for a jury trial, and that on final hearing, have judgment against Defendants in an amount in excess of the minimum jurisdictional limits of the Court, treble damages for Defendant's wrongful and intentional conduct which rises to the level of bad faith, treble damages for Defendants' intentional violations of the Texas Deceptive Trade Practices Act, together with pre-judgment and post-judgment interest at the lawful rate, costs of court, attorney's fees, and for such other and further relief to which the Plaintiff may be justly entitled, either at law or in equity.

Respectfully submitted,

_R. Bruce Tharpe_
R. BRUCE THARPE, PRO SE
Texas State Bar ID No. 19823800
LAW OFFICES OF R. BRUCE THARPE
2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 -- Fax

Certificate of Service

I hereby certify that a copy of the foregoing motion has been served on counsel for the Defendants by hand-delivery and/or facsimile transmission and/or by depositing same in the U.S. mail, postage prepaid on this 11th day of August, 2004 at the following address:

Mr. Roland L. Leon
BARKER, LEON, FANCHER & MATTHYS, L.L.P.
Tower II – Suite 120
555 N. Carancahua Street
Corpus Christi, Texas 78478

R. Bruce Tharpe