ll

# Civil  Courtroom  Minutes



United States District Court
Southern District of Texas
FILED

AUG 30 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Kovacevic          ☐ Levesque |

| | | | |
|---|---|---|---|
| DATE | 08 | 30 | 2004 |

| | | | | |
|---|---|---|---|---|
| TIME | 10:28 | a.m. | 10:38 | a.m. |
| | | p.m. | | p.m. |

| | | | |
|---|---|---|---|
| CIVIL ACTION | B | 04 | 103 |

| | |
|---|---|
| STYLE | Richard Bruce Tharpe |
| | *versus* |
| | ZC Sterling Ins. Agency Inc., et al |

DOCKET ENTRY

(HGT)   ■Initial Pre-Trial Conference;                    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):     Bruce Tharpe (Not Present)*

Attorney(s) for Defendant(s):   Rolando Luis Leon

Comments:

Plaintiff, who is proceeding pro se, failed to show.  Defendant, represented by Roland Leon, was present. Hail damaged plaintiff's home and other property.  Defendant appraised the damage.  Defendant refused to cover damage to plaintiff's automobile and other property since it believes that damages is not covered by its interpretation of the policy, which it defined as a mainly real property insurance policy. Furthermore, defendant believes that insurance contract provision requiring all lawsuits to be filed within 12 months of occurrence was also violated.  Defendant plans on filing dispositive motion within 5 days. Plaintiff has filed a motion to remand arguing that the parties are non-diverse.  Plaintiff's main contention is that he plans to add a new party, Jack Taylor, that is a Texas resident.  Plaintiff alleges in his motion that he has been unable to locate Jack Taylor and therefore should be allowed to serve defendant through publication.  At the IPTC, defendant alleges that plaintiff has Jack Taylor's phone number and therefore should not be able to have service through publication yet.

*The Court received a message from Mr. Tharpe's office stating that he was in federal court in Corpus Christi and that his office was not aware he had court this morning in Brownsville.