

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD BRUCE THARPE<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO. B-04-103 |
| ZC STERLING INSURANCE AGENCY<br>INC.<br>　　Defendant | §<br>§<br>§ | |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On this the _____ day of _____, 2004, came on to be considered the Defendant's Motion for Summary Judgment. The Court, after considering the arguments of counsel and examining the pleadings and the summary judgment evidence, is of the opinion and finds that Defendant is entitled to summary judgment as follows.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant ZC Sterling Insurance Agency, Inc.'s Motion for Summary Judgment heretofore filed should be **GRANTED**, and that Plaintiff take nothing against Defendant, and that Defendant recover costs incurred of and from Plaintiff, for which let execution issue.

SIGNED and ORDERED ENTERED this the _____ day of _____, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge