## LAW OFFICE OF R. BRUCE THARPE, P.C.
2390 Central Blvd., Suite O
Brownsville, Texas 78520
(956) 546-2400
(956) 546-4362 Fax

January 6, 2005

**MAIL**

United States District Court
Southern District of Texas
RECEIVED

JAN 1 0 2005

Michael N. Milby, Clerk

U.S. District Clerk's Office
Southern District of Texas – Brownsville Division
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

RE:   *C.A. No. B-04-103;  Richard Bruce Tharpe v. ZC Sterling Insurance Agency, Inc.;  In the U.S. District Court for the Southern District of Texas – Brownsville Division;*

Dear sir or madame:

Please be advised that on December 20, 2004 the Court issued an Order of Remand on the above-referenced case.  At your earliest opportunity, if you have not done so already, please send a certified copy of the Order to the Cameron County Clerk's Office and kindly forward a copy to my office for enclosure in my files.

Thank you in advance for your prompt attention to this matter.

Sincerely,

R. Bruce Tharpe
Attorney at Law

cc:   Mr. Roland L. Leon
      BARKER, LEON, FANCHER & MATTHYS, L.L.P.
      Tower II – Suite 120
      555 N. Carancahua Street
      Corpus Christi, Texas 78478